# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEREK TYLER SMITH, | : |
| Plaintiff, | : |
| vs. | :   CA 20-0288-MU |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 1st day of April, 2021.

                                            s/P. Bradley Murray
                                        **UNITED STATES MAGISTRATE JUDGE**